IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.    JERMANE BONNER,**

    **Defendant.**

---

**INDICTMENT**
**18 U.S.C. § 111(a)(1) and (b)**
**[Assault]**

---

The Grand Jury charges:

On or about December 15, 2008, at the United States Penitentiary High Security Facility in Florence, Colorado, within the State and District of Colorado, JERMANE BONNER did forcibly assault, resist, impede, intimidate and interfere with Derek Myers, a United States Bureau of Prisons Correctional Officer and an officer and employee of an agency of the United States government as designated in Title 18, United States Code, Section 1114, while Derek Myers was engaged in and on account of the performance of his official duties; and in the commission of such acts, the defendant, JERMANE BONNER, did use a deadly and dangerous weapon, to-wit: a homemade weapon comprised of a metal padlock inside a sock, and heated liquid in a cup, and did inflict bodily injury on Derek Myers.

The foregoing was in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

DAVID GAOUETTE
Acting United States Attorney

by:  s/ Patricia Davies
PATRICIA DAVIES
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Patricia.Davies@usdoj.gov
Attorney for the United States