**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00104-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JERMANE BONNER,

       Defendant.

**ORDER**

THIS MATTER coming before the Court on the **Government's Unopposed Motion for Protective Order** [#13] filed July 16, 2009, and the Court having considered the motion, finds and concludes as follows.

The indictment charges that defendant Jermane Bonner forcibly assaulted a United States Bureau of Prisons Correctional Officer at the United States Penitentiary in Florence, Colorado, and in so doing, used a deadly and dangerous weapon.

The BOP has produced to the United States Attorney's office records, documents, and materials (hereinafter collectively referred to as "Records") that describe security and control procedures at BOP and other matters that BOP deems to be sensitive.  The production of these Records poses a potential threat to institution security and inmate safety.

The government requests entry of a protective order, implementing the mechanisms stated below, prior to its release to defense counsel of the Records. For ease of identification, all such Records are copied onto a separate compact disc.

The government has consulted with defense counsel, and is advised that such counsel does not oppose this request and the issuance of the protective order on the conditions outlined below:

**THEREFORE, IT IS ORDERED** that **Government's Unopposed Motion for Protective Order** [#13] filed July 16, 2009, is granted as follows:

1. The government will provide defense counsel with a copy of the Records copied onto a separate compact disc. Defense counsel shall keep the Records and any notes or other materials prepared based upon or referring to information in the Records in strict confidence. Defense counsel shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2. The Records may be viewed only by defense counsel and such members of her staff as are necessary for the purposes outlined above and, as it pertains to staff, only while necessary staff are operating under the direct supervision and control of defense counsel. Defense counsel shall ensure that all persons in her office, who are to handle such information, read this Order and are informed of their responsibility to safeguard this information.

3.      Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery. Defense counsel shall also deliver a copy of this order with the materials. No person other than defense counsel shall make any copy of these materials for any purpose whatsoever

4.      Defendant shall not under any circumstances be permitted to view any of the Records without petition to and further order of the Court.

5.      A copy of this Order shall be kept with the Records at all times.

6.      At the conclusion of the case in this court, by entry of the Court's judgment, counsel within ten days shall collect all such copies and return them to the Government.

      Dated July 17, 2009, at Denver, Colorado.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge