IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00104-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   JERMANE BONNER,

Defendant.

## MOTION FOR DETERMINATION OF DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL

The defendant, Jermane Bonner, through undersigned counsel respectfully moves this court for an order pursuant to 18 U.S.C. § 4241 (a) and (b) for a determination of the Defendant's mental competency to stand trial. In support of this motion Counsel states as follows:

1.   Counsel has experienced serious, ongoing, and lasting concerns regarding the Defendant's mental competency to stand trial. In his current mental condition, the Defendant is not able and does not have sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding, and the Defendant does not have a rational or factual understanding of the proceedings against him.

2.   In general terms, Counsel has made the following observations that generate this conclusion:  the Defendant is paranoid to the point of being incapable of communicating with

his attorney or assisting rationally in his own defense; the Defendant engages in rapid and incoherent speech, making communications with his attorney impossible; the Defendant repeatedly interrupts explanations of procedure and discussions of law as well as disrupting discussions of trial preparation and strategy; the Defendant makes irrational and inconsistent demands of his attorney; the Defendant, due to apparent paranoia, refuses or is incapable of engaging in discussions with his attorney; likewise he has refused or is incapable of rationally participating in the preparation of his defense, and he has consistently presented irrational explanations for these actions; and the Defendant has proclaimed an overwhelming sense of despair that has also interfered with his ability to meaningfully participate in his defense or to understand the nature of the proceedings against him.

3.      When such facts and circumstances are present the Tenth Circuit Court of Appeals has held that a mental competency hearing must be conducted. *See U.S. v. Williams,* 113 F.3d 1155, 1160 (10th Cir. 1997).

4.      Counsel for Mr. Bonner requests that a date be set for a mental competency hearing, and that a psychiatric or psychological examination and report be ordered by the court pursuant to 18 U.S.C. § 4241 (b) and 18 U.S.C. § 4247 (b) and (c).

5.      Because Mr. Bonner's mental condition seems to originate at least in part from his confinement and treatment in the Bureau of Prisons, Counsel requests that the court-ordered evaluation be conducted by a private psychiatric professional who does not have ties to the Bureau of Prisons. Counsel makes this request in an attempt to obtain the most complete level of cooperation from Mr. Bonner.

       WHEREFORE, Counsel respectfully requests the following relief:

           a.      That this matter be set for a hearing to determine the Defendant's

mental competency to stand trial;

b. That a psychological or psychiatric evaluation by a private psychiatric professional be ordered and conducted prior to the hearing;

c. That the proceedings against Mr. Bonner be stayed pending a resolution of the matters contained in this motion pursuant to 18 U.S.C. § 3161 (h)(1)(A); and

d. That this matter be set for a forthwith hearing to set hearing dates and establish a protocol for the mental evaluation.

DATED November 16, 2009

        Respectfully Submitted,

        ____S/David Lindsey_____
        David Lindsey
        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on November 16, 2009 addressed to the following:

Patricia Davies
Assistant United States Attorney

And I hereby certify that I have mailed or served the foregoing to the following nonCM/ECF participant via the United States Mail addressed as follows:

Jermane Bonner
Reg. No. 07400-068
c/o F.C.I. Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

                                        _S/ David Lindsey_____
                                        David Lindsey
                                        217 East 7th Ave.
                                        Denver, CO 80203
                                        303-318-7181
                                        303-318-7182 Fax