# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00104-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  JERMANE BONNER,

 Defendant.

---

# MINUTE ORDER[1]

---

 On December 2, 2009, a scheduling conference was conducted at which counsel appeared and participated telephonically. After conferring with counsel,

 **IT IS ORDERED** as follows:

 1. That on **February 18, 2010**, commencing at 9:00 a.m.,[2] the court shall conduct a competency hearing at which counsel and the defendant shall appear without further notice or order; provided, furthermore, that if necessary the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

 2.  That on **December 17, 2009**, commencing at 10:00 a.m., the court shall conduct a hearing at which the court will receive oral argument from the parties on the issue of whether the United States Bureau of Prisons is or should be precluded from conducting the competency and/or sanity examinations that will be ordered by the court;

 3.  That for the hearing on December 17, 2009, the court reserves thirty (30) minutes for oral argument, with the available time to be allocated as follows:

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The viability of this setting is a function, in part, of the examiner(s) appointed by the court to conduct the competency and sanity evaluations of the defendant.

        a.  the defendant shall have ten (10) minutes for opening oral argument;
        b.  the government shall have twenty (10) minutes for response; and
        c.  the court reserves discretion to determine the time for reply, if any; and

    4.  That to prepare and edify the court for the oral argument on December 17, 2009,  the parties shall brief the issue of whether the United States Bureau of Prisons is or should be precluded from conducting the competency and/or sanity examinations that will be ordered by the court; provided, furthermore, as follows:

        a.  that the defendant shall file his opening brief by 12:00 p.m., on December 9, 2009; and
        b.  that the government shall file its response brief by 12:00 p.m., on December 16, 2009.

    Dated: December 2, 2009