**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00104-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JERMANE BONNER,

    Defendant.

**ORDER FOR NOMINATION OF EXAMINERS**

**Blackburn, J.**

Pursuant to the **Minute Order** [#52] entered December 2, this matter came before me on December 17, 2009, for oral argument on the issue of whether the United States Bureau of Prisons is or should be precluded from conducting the competency and/or sanity examinations that will be ordered by the court. After considering the parties' relevant papers and oral argument, I concluded that the BOP was not prohibited or precluded from conducting the examinations.

However, in the interest of justice, I expressed my preference that the competency and sanity examinations of the defendant be conducted by a licensed or certified psychiatrist from outside the BOP. To that end, I enter this order to allow the parties a reasonable opportunity to submit nominations.

**THEREFORE, IT IS ORDERED** as follows:

1. That by January 7, 2010, the government and the defendant **SHALL FILE** their joint nomination or individual nominations of licensed or certified psychiatrists

outside the BOP to conduct a competency and a sanity examination of the defendant;

2. That the party filing a nomination **SHALL PROVIDE** to his or her nominee(s) copies of 18 U.S.C. §§ 4241 and 4247; and

3. That for each nominee for whom a nomination is filed, the following **SHALL BE PROVIDED**:

    a. The name, professional address, and contact telephone number of the nominee;

    b. a curriculum vitae;

    c. The hourly rate or other measure of compensation charged by the nominee to render the services required by the court; and

    d. The certification of the nominee that he or she is willing and able to conduct a competency and sanity examination of the defendant, adhering insofar as practicable to the following schedule[1]:

        i. To conduct and complete the examinations by February 8, 2010;

        ii. To file the required report by February 15, 2010; and

        iii. To testify, if necessary, at the hearing now scheduled for February 18, 2010, at 9:00 a.m.

Dated December 17, 2009, in Denver, Colorado.

                              BY THE COURT:

                              */s/ Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge

---

[1] If a nominee is unable to adhere to the schedule above, then the time within which the nominee could conduct the examinations and file the required report.