# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00104-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JERMANE BONNER,

    Defendant.

## MINUTE ORDER[1]

On February 18, 2010, the court conducted a telephonic setting conference to set the competency hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That a competency hearing is set for this defendant on **June 4, 2010**, commencing at 1:30 p.m., the court reserving the remainder of the afternoon for this hearing;

2. That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing; and

3. That the Trial Preparation Conference set for February 26, 2010, and the jury trial set to commence March 1, 2010, are **VACATED**.

Dated: February 18, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.