**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00104-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JERMANE BONNER,

     Defendant.

**MINUTE ORDER**[1]

On **February 1, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a competency hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated:  January 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.