**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00104-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JERMANE BONNER,

      Defendant.

---

## MINUTE ORDER[1]

---

On February 1, 2011, the court conducted a telephonic setting conference to set a status conference in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **February 24, 2011**, commencing at 8:30 a.m., the court shall conduct a status conference in this matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: February 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.