IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00104-REB

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.   **JERMANE BONNER,**

    **Defendant.**

---

### INFORMATION
### 18 U.S.C. § 113(a)(3) [Assault within Federal Jurisdiction]

---

The United States Attorney charges:

On or about December 15, 2008, within the State and District of Colorado and within the special territorial jurisdiction of the United States at the United States Penitentiary High Security Facility in Florence, Colorado, the defendant, JERMANE BONNER, did knowingly and unlawfully assault Derek Myers, with intent to do bodily harm, and in so doing, used a dangerous weapon, namely, a metal padlock inside a sock, all in violation of Title 18, United States Code, Section 113(a)(3).

                      JOHN F. WALSH
                      United States Attorney

                      */s/ Patricia Davies*
                      By: PATRICIA DAVIES
                      Assistant U.S. Attorney
                      U.S. Attorney's Office
                      1225 17th St., Ste. 700
                      Denver, CO 80202
                      Telephone: 303-454-0100
                      Fax: 303-454-0403
                      E-mail: Patricia.Davies@usdoj.gov
                      Attorneys for Government